# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                          **ORDER**
                              Criminal File No. 13-193 (MJD/LIB)

ALAN JAMES LUSSIER,

      Defendant.

John R. Marti, Acting United States Attorney, Deidre Y. Aanstad, Assistant United States Attorney, Counsel for Plaintiff.

Craig S. Hunter, Northland Law, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated September 27, 2013. Defendant filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Brisbois dated September 27, 2013.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated September 27, 2013 [Docket No. 25].

2. Defendant's Motion to Dismiss [Docket No. 17] is **DENIED**.

Dated:  October 23, 2013         s/Michael J. Davis
                                 Michael J. Davis
                                 Chief Judge
                                 United States District Court